# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JANE PAULETTE PETTIGREW** | ) | CASE No.: EDCV 13-00455-AGR |
| **Plaintiff** | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| **CAROLYN COLVIN,** | ) | |
| **Acting Commissioner of SSA** | ) | |
| **Defendant(s).** | ) | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. IT IS SO ORDERED.

DATED: August 16, 2013

_Alicia G. Rosenberg_

Alicia G. Rosenberg, Magistrate Judge of the District Court